United States Bankruptcy Court

District of Puerto Rico

| | |
|---|---|
| In re: | Case No. 21-02966-EAG |
| R BIRD DEVELOPMENT CORP | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0104-3 | User: fronteram | Page 1 of 2 |
| Date Rcvd: Oct 19, 2021 | Form ID: nrat | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | R BIRD DEVELOPMENT CORP, 27 AVENIDA GONZALEZ GIUSTI, SUITE 300, GUAYNABO, PR 00968-3076 |
| 4961709 | + | Luis A Ramos Rivera Viveka M Rosado, Calle 419 Blq 165 #22 Villa Carolina, Carolina PR 00985-4062 |
| 4961710 | + | Manuel Diaz Alicea JennyMartinez, HC-01 Box 5583, Bo Hato Nuevo, Gurabo PR 00778-9526 |
| 4961711 | | Maria Rodriguez Laureano y Javier Leon, VIrginia Valley, Calle Valle Alto 823, Trujillo Alto PR 00977 |
| 4961712 | + | Nelson Rosario Esq, PO Box 23069, San Juan PR 00931-3069 |
| 4961714 | + | Noemi Merced Rivera Jose R Merced Candi, HC 02 Box 9382, Guaynabo PR 00971-9752 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4964069 | Email/Text: cfigueroa@crimpr.net | Oct 19 2021 18:28:00 | CRIM, PO BOX 195387, SAN JUAN, PR 00919-5387 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4961713 | *+ | Nelson Rosario Esq., PO box 23069, San Juan PR 00931-3069 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Oct 21, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:

District/off: 0104-3 User: fronteram Page 2 of 2
Date Rcvd: Oct 19, 2021 Form ID: nrat Total Noticed: 7

| Name | Email Address |
|---|---|
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| NOREEN WISCOVITCH RENTAS | courts@nwr-law.com nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net |
| RAFAEL A GONZALEZ VALIENTE | on behalf of Debtor R BIRD DEVELOPMENT CORP rgv@g-glawpr.com zi@g-glawpr.com |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

IN RE:

**R BIRD DEVELOPMENT CORP**

**66−0486564**

Debtor(s)

Case No. **21−02966 EAG**

Chapter **7**

**FILED & ENTERED ON 10/19/21**

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the Clerk of the Bankruptcy Court at the address below on or before

*Date: January 18, 2022*

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor´s estate.

The proof of claim form is available through our website (www.prb.uscourts.gov). It may be filed by regular mail. If you wish to receive proof of receipt by the Bankruptcy Court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

Dated: October 19, 2021

*Address of the Bankruptcy Court:*

Jose V. Toledo Federal Building and US Courthouse
300 Recinto Sur Street, Suite 134
San Juan, PR 00901

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court
By: *MARIA TERESA FRONTERA*
Deputy Clerk