United States Bankruptcy Court

District of Puerto Rico

In re:  
R BIRD DEVELOPMENT CORP  
    Debtor

Case No. 21-02966-EAG  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0104-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdf001 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | R BIRD DEVELOPMENT CORP, 27 AVENIDA GONZALEZ GIUSTI, SUITE 300, GUAYNABO, PR 00968-3076 |
| 4961709 | + | Luis A Ramos Rivera Viveka M Rosado, Calle 419 Blq 165 #22 Villa Carolina, Carolina PR 00985-4062 |
| 4961710 | + | Manuel Diaz Alicea JennyMartinez, HC-01 Box 5583, Bo Hato Nuevo, Gurabo PR 00778-9526 |
| 4961711 | | Maria Rodriguez Laureano y Javier Leon, VIrginia Valley, Calle Valle Alto 823, Trujillo Alto PR 00977 |
| 4961712 | + | Nelson Rosario Esq, PO Box 23069, San Juan PR 00931-3069 |
| 4961714 | + | Noemi Merced Rivera Jose R Merced Candi, HC 02 Box 9382, Guaynabo PR 00971-9752 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Jun 01 2022 18:53:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Jun 01 2022 18:53:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Jun 01 2022 18:52:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Jun 01 2022 18:52:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| 4964069 | | Email/Text: cfigueroa@crimpr.net | Jun 01 2022 18:53:00 | CRIM, PO BOX 195387, SAN JUAN, PR 00919-5387 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4961713 | *+ | Nelson Rosario Esq., PO box 23069, San Juan PR 00931-3069 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case:21-02966-EAG7 Doc#:29 Filed:06/03/22 Entered:06/04/22 00:37:43 Desc: Imaged
Certificate of Notice   Page 2 of 6

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdf001 | Total Noticed: 11 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

**Name**          **Email Address**

MONSITA LECAROZ ARRIBAS
        ustpregion21.hr.ecf@usdoj.gov

NOREEN WISCOVITCH RENTAS
        courts@nwr-law.com  nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net

RAFAEL A GONZALEZ VALIENTE
        on behalf of Debtor R BIRD DEVELOPMENT CORP rgv@g-glawpr.com  zi@g-glawpr.com


TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**
**SAN JUAN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 21-02966-EAG7 |
| | § | |
| R. BIRD DEVELOPMENT CORP | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Noreen Wiscovitch-Rentas, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Jose V. Toledo Federal Building & US Courthouse, 300 Recinto Sur, First Floor Suite 134, San Juan, PR 00901

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   04/23/2022           By:   /s/ Noreen Wiscovitch-Rentas
                                          Trustee

Noreen Wiscovitch-Rentas
PMB 136
400 Calle Juan Calaf
San Juan, PR 00918

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO
SAN JUAN DIVISION

| In re: | § | Case No. 21-02966-EAG7 |
|---|---|---|
| | § | |
| R. BIRD DEVELOPMENT CORP | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $29,929.75
*and approved disbursements of*     $256.13
*leaving a balance on hand of[1]:*     $29,673.62

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $29,673.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Noreen Wiscovitch-Rentas, Trustee Fees | $3,742.98 | $0.00 | $3,742.98 |
| Noreen Wiscovitch-Rentas, Trustee Expenses | $39.25 | $0.00 | $39.25 |

Total to be paid for chapter 7 administrative expenses:     $3,782.23
Remaining balance:     $25,891.39

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $25,891.39

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $25,891.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | CRIM | $27.55 | $0.00 | $27.55 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $27.55 |
| Remaining balance: | $25,863.84 |

Tardily filed claims of general (unsecured) creditors totaling $1,904,928.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 2 | Luis A Ramos Rivera Viveka M Rosado | $585,300.00 | $0.00 | $7,946.81 |
| 3 | Manuel Diaz Alicea JennyMartinez | $515,628.00 | $0.00 | $7,000.85 |
| 4 | Maria Rodriguez Laureano y Javier Leon | $450,000.00 | $0.00 | $6,109.80 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | Noemi Merced Rivera Jose R Merced Candi | $354,000.00 | $0.00 | $4,806.38 |

Total to be paid to tardily filed general unsecured claims: $25,863.84
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $22.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | CRIM | $22.31 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Noreen Wiscovitch-Rentas
Trustee

Noreen Wiscovitch-Rentas
PMB 136
400 Calle Juan Calaf
San Juan, PR 00918

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)