United States Bankruptcy Court

District of Puerto Rico

In re:  Case No. 21-02966-EAG
R BIRD DEVELOPMENT CORP  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3   User: admin   Page 1 of 1
Date Rcvd: Nov 29, 2022   Form ID: dt7a   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+++         Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | R BIRD DEVELOPMENT CORP, 27 AVENIDA GONZALEZ GIUSTI, SUITE 300, GUAYNABO, PR 00968-3076 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

**Name                          Email Address**

MONSITA LECAROZ ARRIBAS
                                ustpregion21.hr.ecf@usdoj.gov

NOREEN WISCOVITCH RENTAS
                                courts@nwr-law.com  nwiscovitch@ecf.epiqsystems.com;nwr@trustesolutions.net

RAFAEL A GONZALEZ VALIENTE
                                on behalf of Debtor R BIRD DEVELOPMENT CORP rgv@g-glawpr.com  zi@g-glawpr.com

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**R BIRD DEVELOPMENT CORP**<br><br>**66−0486564**<br><br>Debtor(s) | Case No. **21−02966 EAG**<br><br>Chapter **7**<br><br>FILED & ENTERED ON 11/29/22 |

### ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE

NOREEN WISCOVITCH RENTAS the appointed trustee in this case, has filed a final report and final account and certification that the estate has been fully administered. The United States Trustee, has reviewed and certified that the estate has been fully administered.

WHEREFORE, pursuant to 11 U.S.C. §350(a) and Fed. R. Bankr. P. 5009(a), the Trustee is discharged, his bond for this case is cancelled, and this case is closed.

In San Juan, Puerto Rico, this Tuesday, November 29, 2022 .

Edward A. Godoy
United States Bankruptcy Judge